Case 1:08-cv-05168-MGC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

QUINCY DUNMORE,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, THE NE WYORK CITY POLICE DEPARTMNET, DETECTIVE NICHOLAS PILIOURAS (Shield #6772), individually and in his official capacity, DETECTIVE ROBERT STEWART (Shield Unknown), individually and in his official capacity) and POLICE OFFICER WILLIAM COYLE (Shield #8248) individually and in his official capacity and DETECTIVE FONTANEZ (first name and shield unknown), individually and in his official capacity,

                    Defendants.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

08 Civ. 5168 (MGC)(GWG)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for defendants the City of New York,[1] the New York City Police Department, Detective Nicholas Piliouras (Shield #6772), Detective Robert Stewart, Police Officer William Coyle (Shield #8248), and Detective Fontanez[2] to answer or otherwise respond to the complaint in this action is enlarged by Sixty (60) days to and including August 25, 2008.

---

[1] The Office of the Corporation Counsel acknowledges that the service of the summons and complaint in this matter were adequately effected upon the City on June 5, 2008.

[2] The Office of the Corporation Counsel of the City of New York has not discussed with defendants Piliouras, Stewart, Coyle or Fontanez the manners of service, and makes no representation herein as to the adequacy of process on the aforementioned defendants. Although the Corporation Counsel does not currently represent Detective Piliouras, Detective Stewart, Officer Coyle or Detective Fontanez, and assuming they were properly served, the Corporation Counsel respectfully requests this extension on their behalves in order to prevent their defenses from being jeopardized while representational issues are being resolved.

1

Dated: New York, New York
June 23, 2008

ADAM D. WEISS, ESQ.
Russo, Darnell, & Lodato, LLP
Attorney for Plaintiff
1975 Hempstead Turnpike, Suite 401
East Meadow, New York 11554
(516) 794-1100

By: _____
    Adam D. Weiss (_____)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants the City of New York
and Police Commissioner Raymond Kelly
100 Church Street,
New York, New York 10007
(212) 788-1090

By: _____
    Robyn N. Pullio (RP 7777)
    Assistant Corporation Counsel
    Special Federal Litigation Division

SO ORDERED:

s/

_____
HONORABLE MIRIAM GOLDMAN
CEDARBAUM
UNITED STATES DISTRICT JUDGE

June 25, 2008

2