To: RUSSO, DARNELL & LODATO
1975 HEMSPTEAD TPKE
SUITE 401
EAST MEADOW, NY 11554-

157190- 2

Index Date: / /
Index No. : CIV5168-0
File No.

U.S. DISTRICT COURT
COUNTY OF EASTERN DISTRIC

Court Date: / /

QUINCY DUNMORE     plaintiff(s)

against THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, DETECTIVE NICHOLAS PILIOURAS (SHIELD # 6772) INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,DETECTIVE ROBERT STEWART(SHIELD UNKOWN), INDIVIDUALLY AND IN HIS OFFIICIAL CAPACITY AND POLICE OFFICER WILLIAM COYLE (SHIELD 8248) INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND DETECTIVE FONTATNEZ (FIRST NAME AND SHIELD UNKNOWN) INDIVIDUALLY AND IN HIS OFFICIAL CAPACTIY

defendant(s)

AFFIDAVIT OF SERVICE

State of New York, County of Nassau County     SS.:

ROBERT PELTZ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at NASSAU COUNTY, N.Y..

That on June 5, 2008 at 03:30 PM at 100 CHURCH STREET, NEW YORK, NY deponent served the within SUMMONS AND COMPLAINT
In this action on : THE NEW YORK CITY POLICE DEPARTMENT defendant(s) therein named.

By serving AMANDA HERNANDEZ, general agent , party authorized to accept legal papers.

Approximate description: Female, WHITE, BLACK HAIR, 25 YEARS OLD, 5'7", 130 LBS.,

Sworn before me this 10th day of June, 2008

MARGIE B. PELTZ
NOTARY PUBLIC, State of NEW YORK
No. 1PE8318975
Qualified in NASSAU COUNTY
Term expires May 31, 2010

ROBERT PELTZ
License No.728272