To: RUSSO, DARNELL & LODATO
1975 HEMSPTEAD TPKE
SUITE 401
EAST MEADOW, NY 11554-

157190- 5

Index Date: / /
Index No. : CIV5168-0
File No.

U.S. DISTRICT COURT
COUNTY OF EASTERN DISTRIC

Court Date: / /

QUINCY DUNMORE                                                                                   plaintiff(s)

against THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, DETECTIVE NICHOLAS PILIOURAS (SHIELD # 6772) INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,DETECTIVE ROBERT STEWART(SHIELD UNKOWN), INDIVIDUALLY AND IN HIS OFFIICIAL CAPACITY AND POLICE OFFICER WILLIAM COYLE (SHIELD 8248) INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND DETECTIVE FONTATNEZ (FIRST NAME AND SHIELD UNKNOWN) INDIVIDUALLY AND IN HIS OFFICIAL CAPACTIY

defendant(s)

AFFIDAVIT OF SERVICE

State of New York, County of Nassau County                 SS.:

ROBERT PELTZ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at NASSAU COUNTY, N.Y..

That on June 26, 2008 at 01:48 PM at 230 W. 20TH STREET, NYC,N.Y. deponent served the within SUMMONS AND COMPLAINT
In this action on : POLICE OFFICER WILLIAM COYLE(INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY defendant(s) therein named.

By delivering thereat a true copy of each to OFFICER BEATON, CO-WORKER a person of suitable age and discretion Said premises is defendant's actual place of business within the state. Deponent deposited in the United States mail another true copy or copies of same properly enclosed and sealed in a post paid wrapper addressed to the said defendant(s) at the aforementioned address, envelope marked personal and confidential, on 06/27/2008, envelope marked personal and confidential.

Approximate description: Male, BROWN, SHAVED HEAD HAIR, 35/40 YEARS OLD, 5'10", 185 LBS.,

I asked the person spoken to whether the defendant(s) was/were in active military service of the United States in any capacity whatever and received a negative reply.

Sworn before me this 27th day of June, 2008

MARGIE B. PELTZ
NOTARY PUBLIC, State of NEW YORK
No. 1RE8318975
Qualified in NASSAU COUNTY
Term expires May 31, 2010

ROBERT PELTZ
License No.728272